# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00009-CV

**Rod Bordelon, Commissioner of the Texas Department of Insurance, Division of Workers'
Compensation; and the Texas Department of Insurance, Division of Workers'
Compensation, Appellants**

**v.**

**Brian Fanette, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-09-001187, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The appellants have filed a motion requesting that this appeal be dismissed. *See* Tex.

R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Appellant's Motion

Filed: May 26, 2011